Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of THOMAS BUCKLEY, Respondent, under the Workmen's Compensation Law, v. WESTERN UNION TELEGRAPH COMPANY, Appellant, and UNITED STATES RAILROAD ADMINISTRATION (NEW YORK CENTRAL RAILROAD COMPANY), JAMES C. DAVIS, as Director-General of Railroads, Respondent.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the ground that the evidence sustains the finding that claimant was in the employ of the telegraph

---

* Amd. by Laws of 1920, chap. 532. Now Consol. Laws, chap. 67 (Laws of 1922, chap. 615), § 15, subd. 6.— [REP.

company, and that even if in the employ of both parties he was engaged in new construction work and not in interstate commerce under the authority of *Raymond v. Chicago, Milwaukee & St. Paul R. Co.* (243 U. S. 44).